### LEWIS v. NILES.

In an action of slander, evidence that there was such a report before the defendant spoke the words, not admissible. No cause of arrest that some of the words laid, are not actionable.

ACTION of the case for speaking defamatory words of the plaintiff; there were several counts in the declaration for several distinct sets of words.

Plea — Not guilty. Issue to the jury. The jury found the defendant guilty and £9 damages.

The defendant offered evidence upon the trial, to prove, that there was such a report in circulation about the plaintiff, before he spoke the words charged in the declaration; but not admitted; common report not a justification for slander.

The defendant moved in arrest of judgment — That there were several sets of words laid in the declaration, some of which were not actionable, and the verdict is general and goes to all the words laid, and the court cannot know but the damages were assessed by the jury for those words which are not actionable.

Judgment — Motion in arrest insufficient; if there is any set of words laid in the declaration, which are actionable, the plaintiff hath right to recover, and the court will presume the jury have done right in the assessment of damages. Besides upon the whole view of the case it appears that the plaintiff has a good cause of action: further the defendant might have demurred to the insufficient sets of words, and put the question to the court.